# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 18, 2020    **Time:** 9:30 a.m. - 5:24 p.m., 7 hours, 54 minutes    **Judge:** ROBERT M. ILLMAN

**Case No.:** 19-cv-04204-RS    **Case Name:** Department of Fair Employment and Housing v. Silicon Valley Growth Syndicate I, L.L.C.

**Attorney for Plaintiff:** Melanie Proctor, Andrew Huang
**Attorney for Intervenor:** Seth Rosenberg, Seema Tendolkar
**Attorney for Defendant:** David Monks

**Deputy Clerk:** Teddy Van Ness    **Court Reporter:** FTR 5:11 p.m. – 5:24 p.m.

## PROCEEDINGS

Settlement Conference - held.

Intervenor Jane Doe and Defendant Lee McNutt are also present for the Settlement Conference.

Matter settled. Material terms of settlement placed on the record.