JANETTE WIPPER (#275264)
  Chief Counsel
  Janette.Wipper@dfeh.ca.gov
MELANIE L. PROCTOR (#228971)
  Associate Chief Counsel
  Melanie.Proctor@dfeh.ca.gov
ANDREW S. HUANG (#193730)
  Associate Chief Counsel
  Andrew.Huang@dfeh.ca.gov
MARTHA L. GOMEZ (#274024)
  Senior Staff Counsel
  Martha.Gomez@dfeh.ca.gov
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING
2218 Kausen Drive #100
Elk Grove, CA 95758
Telephone:  (916) 478-7251
Facsimile:   (888) 382-5293

Attorneys for Plaintiff,
Department of Fair Employment and Housing
(No Fee Pursuant to Gov. Code, § 6103)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>SILICON VALLEY GROWTH SYNDICATE I, L.L.C., et al.<br><br>Defendants.<br><br>JANE DOE,<br><br>Real Party in Interest. | Case No.:  19-cv-04204-RS<br><br>**PLAINTIFF DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S NOTICE OF MOTION TO ENFORCE SETTLEMENT**<br><br>Date:      May 7, 2020<br>Time:      1:30 p.m.<br>Judge:    Hon. Richard Seeborg<br>Ctrm:     3, 17th Floor |

*Dept. Fair Empl. & Hous. v.* Silicon Valley Growth Syndicate I, L.L.C., et al. *(Doe)*– Case No. 19-cv-04204-RS
DFEH's NOTICE OF MOTION TO ENFORCE SETTLEMENT

1 | Please take notice that on May 7, 2020, at 1:30 p.m., Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff Department of Fair Employment and Housing will move the Court for an order enforcing the settlement entered on the record on February 18, 2020. Pursuant to General Order 72, the motion will be decided on the papers unless the Court believes a hearing is necessary. Pursuant to Civil Local Rule 7-3(a), any opposition is due not more than 14 days after the date of filing. (Civ. L.R. 7-3(a).)

This motion is based upon the following memorandum of points and authorities, the declaration of Melanie Proctor and attached exhibits, and the files and records in this action.

Dated: March 20, 2020

DEPARTMENT OF FAIR EMPLOYMENT
 AND HOUSING

/s/Melanie L. Proctor
MELANIE L. PROCTOR
Associate Chief Counsel
Attorneys for the DFEH