United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING,

              Plaintiff,

      v.

SILICON VALLEY GROWTH
SYNDICATE I, L.L.C., et al.,

           Defendants.

Case No. 19-cv-04204-RS

**ORDER RE SETTLEMENT STATUS**

     The parties are hereby directed to contact Judge Illman forthwith and to proceed as he may direct with respect to any disputes regarding the settlement and the final steps necessary to terminate this action.

**IT IS SO ORDERED**.

Dated:  March 23, 2020

RICHARD SEEBORG
United States District Judge